_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 2, 2015**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                              CHAPTER 13

BOBBY JOE GREEN                                                CASE NO. 15-51529-KMS
SUSAN R. GREEN

ORDER ON OBJECTION TO SECURED
CLAIM AND OTHER RELIEF

THIS matter came before the Court on Debtor's Objection to Secured Claim, ( dk #17), and there having been no response timely filed to the said objection and no appearance entered by the affected creditor, and

IT IS THEREFORE ORDERED that the Objection to Secured Claim shall be, and hereby is sustained.  This Order shall control treatment of the claim of the following creditor and any previously proposed plan shall hereby be amended to reflect the treatment as follows:

CREDITOR:    Yard Card

Collateral:    2nd lien on 2007 Yamaha motorcycle

Treatment:     Debt is undersecured, pay -0- as secured claim.

IT IS, FURTHER, ORDERED AND ADJUDGED that, upon payment of the claims in accordance with Section 1325(a)(5) of the Bankruptcy Code and, unless otherwise ordered by the Court, the foregoing creditor shall release its respective lien and otherwise comply with applicable non-bankruptcy law.

##END OF ORDER##

EDWIN F. TULLOS
ATTORNEY FOR DEBTORS
PO BOX 505
RALEIGH MS 39153
PH: (601) 782-9411
MS BAR NO. 8301
 edwintullos@bellsouth.net